UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
                                                           :
  NADA RIZK,                                               :
                                                           :
                            Plaintiff,                     :
                                                           :
               -against-                                   :
                                                           :
                                                           :
  ALEXANDRA LEIGHTON,                                      :
                                                           :
                            Defendant                      :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/21/2020

19-cv-1173 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 21, 2020, the parties appeared for a status conference;

WHEREAS Plaintiff intends to move for summary judgment; and

WHEREAS the parties requested a referral to the assigned Magistrate Judge for a settlement conference;

IT IS HEREBY ORDERED THAT any motion for summary judgment must be filed on or before **May 1, 2020**; any response must be filed on or before **May 22, 2020**; any reply must be filed on or before **June 5, 2020**.

IT IS FURTHER ORDERED THAT a jury trial is scheduled for **July 20, 2020**, to commence with jury selection at **10:00 A.M.**  Any motions *in limine* must be filed on or before **June 5, 2020**; any responses must be filed on or before **June 11, 2020**.  The parties' joint pretrial order, along with pre-marked trial exhibits, requests to charge, and proposed *voir dire* questions, must be submitted on or before **June 26, 2020**.  The parties must appear for a final pretrial conference on **July 9, 2020, at 2:30 P.M.**

IT IS FURTHER ORDERED THAT a referral to the assigned Magistrate Judge will be effected via separate order.


**SO ORDERED.**

**Date: February 21, 2020**
      **New York, New York**

               **VALERIE CAPRONI**
               **United States District Judge**