**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

NADA RIZK,

                                    **Plaintiff,**

                    **-against-**

ALEXANDRA LEIGHTON,

                                    **Defendant.**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:___ 6/1/2020

**19-CV-01173 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on May 5, 2020, and agreed to the terms of a settlement in principle. On May 8, 2020, the parties consented to my jurisdiction and on May 29, 2020, submitted their proposed settlement agreement. ECF Nos. 30, 31. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 1, 2020
            New York, New York